**COUNTY OF SUFFOLK
NEW YORK**



**POLICE DEPARTMENT**

June 16, 2021

The Suffolk County Police Department has recently conducted a criminal investigation and, as a result, is in receipt of information that you purchased a firearm from Jerry's Firearms and Supplies between November 2018 and November 2020. Based on the information received, the firearm that you purchased is **NOT** in compliance with the New York State Penal Law. As such, we are requesting that you present said firearm for inspection and disposition to the Suffolk County Police Department within fifteen days of receipt of this letter.

**Please be advised that you will not be charged with any crime(s) related to the purchasing of this firearm, should you comply with this request and present the firearm to the Suffolk County Police Department, pursuant to this letter. Be further advised however, that if you fail to present the weapon to the Suffolk County Police Department within the fifteen days allotted, you may be subject to arrest and criminal charges for your purchase and continued possession of said firearm.**

To arrange for the inspection of the firearm(s), or if you have any questions regarding this request, please contact the Suffolk County Police Department at (631) 853-7958, Monday through Friday between the hours of 9:00 am to 5:00 pm.

Thank you for your cooperation.

Sincerely,


Detective Lieutenant, C.O. 3410, DA Section
Suffolk County Police Department
30 Yaphank Avenue, Yaphank, NY 11980





**ACCREDITED LAW ENFORCEMENT AGENCY**
Visit us online at: **www.suffolkpd.org**
Crime Stoppers Confidential Tip Hotline: **1-800-220-TIPS**
Non-Emergencies Requiring Police Response - Dial: **(631) 852-COPS**
**30 Yaphank Avenue, Yaphank, New York 11980 – (631) 852-6000**